

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00213-CR

| | | |
|---|---|---|
| GABRIEL ESTRADA, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | |
| | | of Tarrant County (1517268D) |
| | § | |
| V. | | March 11, 2021 |
| | § | |
| | | Memorandum Opinion by Chief Justice Sudderth |
| | § | |
| THE STATE OF TEXAS | | |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's judgment and incorporated order to withdraw funds to delete the fines and affirm the judgment as modified. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth